# CHAPTER 13 PLAN
## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

CASE NO.  **15-50080 KMS**

Debtor  **Anthony Alton Whigham**     SS#  **xxx-xx-5449**     Median Income  ☒ Above   ☐ Below
Joint Debtor                          SS#
Address  **719 South 6th Ave Laurel, MS 39440-0000**

**THIS PLAN DOES NOT ALLOW CLAIMS. Creditors must file a proof of claim to be paid under any plan that may be confirmed. The treatment of ALL secured / priority debts must be provided for in this plan.**

**PAYMENT AND LENGTH OF PLAN**
The plan period shall be for a period of **60** months, not to be less than 36 months for below median income debtor(s), or less than 60 months for above median income debtor(s).

(A)  Debtor shall pay $ **895.00** per **bi-weekly** to the Chapter 13 Trustee. Unless otherwise ordered by the Court, an Order directing payment shall be issued to Debtor's employer at the following address:
**DENBURY RESOURCES**
**500 CENTRAL AVE**
**Laurel MS**
**39440-0000**

(B)  Joint Debtor shall pay $ **na** per **(monthly / semi-monthly / weekly / bi-weekly )** to the Chapter 13 Trustee. Unless otherwise ordered by the Court, an Order directing payment shall be issued to Debtor's employer at the following address:

**PRIORITY CREDITORS.**
Filed claims that are not disallowed to be paid in full or as ordered by the Court as follows:

| | | | |
|---|---|---|---|
| Internal Revenue Service: | $ **0.00** | @ **0.00** | /month |
| Mississippi Dept. of Revenue: | $ **0.00** | @ **0.00** | /month |
| Other/ | $ **0.00** | @ **0.00** | /month |

**DOMESTIC SUPPORT OBLIGATION** DUE TO:
**BRENDA G. WHIGHAM**
**320 CHASTAIN LANE**
**TALLAHASSEE FL 32314**
**SHANAY WHIGHAM - CHILD**
**LATONIA WHIGHAM - CHILD**
**D'ANTHONY WHIGHAM - CHILD**
**AMBER WHIGHAM - CHILD**
**JOSPEH WHIGHAM - CHILD**

POST PETITION OBLIGATION: In the amount of $763.00 per month beginning JANUARY 2015.
To be paid  **XXX**  direct.

**-NONE-**
PRE-PETITION ARREARAGE: In the total amount of $ through  shall be paid the amount of $ per month beginning
To be paid _____ Direct _____ through payroll deduction _____ through the plan.

**HOME MORTGAGES.** All claims secured by real property which are to be paid through the plan shall be scheduled below. Absent an objection by a party in interest, the plan will be amended consistent with the proof of claim filed herein, subject to the start date for the continuing monthly mortgage payment proposed herein.
MTG PMTS TO:  **-NONE-**          BEGINNING _____ @$ _____ PLAN DIRECT
MTG ARREARS TO:  **-NONE-**          THROUGH _____ $ _____ @$ _____ /MO*
(*Including interest at %)

Debtor's Initials  **AW**   Joint Debtor's Initials _____          CHAPTER 13 PLAN, PAGE 1 OF 3

**MORTGAGE CLAIMS TO BE PAID IN FULL OVER PLAN TERM:**

Creditor: **Central Sunbelt Fcu**    Approx. amt. due: **$9,129.00**    Int. Rate: **5.00**
Property Address: **HOUSE AND LOT - LOCATED AT 719 SOUTH 6TH AVE, LAUREL MS**    Are related taxes and/or insurance escrowed  ☐ Yes  ☒ No

**NON-MORTGAGE SECURED CLAIMS.** Creditors that have filed claims that are not disallowed are to retain lien(s) under 11 U.S.C. 1325(a)(5)(B)(i)(I) until the payment of the debt determined as under non-bankruptcy law or discharge. Such creditors shall be paid as secured claimants the sum set out below or pursuant to other order of the Court. The portion of the claim not paid as secured shall be treated as a general unsecured claim.

| CREDITOR'S NAME | COLLATERAL | 910* CLM | APPROX. AMT. OWED | VALUE | INT. RATE | PAY VALUE OR AMT. OWED |
|---|---|---|---|---|---|---|
| **1st Heritage Credit** | MISC. PERSONAL PROPERTY | | 1,419.00 | *300.00 | 5.00% | Pay Value |
| **Exeter Finance Corp** | 2014 FORD F150 TRUCK | X | *35,000.00 | 30,000.00 | 5.00% | Amt. Owed |
| **Ford Motor Credit** | 2014 FORD FUSION (NON FILING SPOUSE DRIVES) | X | *39,251.00 | 35,000.00 | 5.00% | Amt. Owed |
| **Republic Finance BK** | 2003 CHEVROLET SILVERADO C1500 (SON DRIVES) | | 5,006.00 | *4,500.00 | 5.00% | Pay Value |
| **Tower Loan** | MISC. PERSONAL PROPERTY | | 6,911.00 | *1,500.00 | 5.00% | Pay Value |

*The column for "910 CLM" applies to both motor vehicles and "any other thing of value" as used in the "hanging paragraph" of 11 U.S.C. § 1325

**SPECIAL CLAIMANTS** including, but not limited to, co-signed debts, abandonment of collateral, direct payments by Debtor, etc. For all abandoned collateral Debtor will pay $0.00 on the secured portion of the debt. Where the proposal is for payment, creditor must file a proof of claim to receive proposed payment.

| CREDITOR'S NAME | COLLATERAL | APPROX. AMT. OWED | PROPOSED TREATMENT |
|---|---|---|---|
| **Diamond Resorts Fs** | Time Shared Loan | 11,807.00 | **ABANDON; PAY 0.00** |
| **Merrill Lynch** | 401K RETIREMENT | 10,409.00 | **PAYROLL DEDUCTED; DO NOT PAY THROUGH PLAN** |
| **Merrill Lynch** | 401K RETIREMENT | 988.00 | **PAYROLL DEDUCTED; DO NOT PAY THROUGH PLAN** |

**STUDENT LOANS** which are not subject to discharge pursuant to 11 U.S.C. §§ 523(a)(8) and 1328(c) are as follows (such debts shall not be included in the general unsecured total):

CREDITOR'S NAME    APPROX. AMT. OWED    CONTRACTUAL MO. PMT.    PROPOSED TREATMENT
**-NONE-**

**SPECIAL PROVISIONS** for all payments to be paid through the plan, including, but not limited to, adequate protection payments:   **-NONE-**

**GENERAL UNSECURED DEBTS** totaling approximately $ **36,596.00**. Such claims must be timely filed and not disallowed to receive payment as follows: ____ IN FULL (100%) or **0.00** % (percent) MINIMUM, or a total distribution of $____, with the Trustee to determine the percentage distribution. **Those general unsecured claims not timely filed shall be paid nothing, absent order of the Court.**

Total Attorney Fees Charged $ **3,200.00**
Attorney Fees Previously Paid $ **100.00**
Attorney fees to be paid in plan $ **3,100.00**

The payment of administrative costs and aforementioned attorney fees are to be paid pursuant to Court order and/or local rules.

| Automobile Insurance Co/Agent | Attorney for Debtor (Name/Address/Phone # / Email) |
|---|---|
| | **EDWIN WOODS, JR. MSB# 8893** |
| | **130 SOUTHPOINTE DRIVE** |
| | **SUITE D** |
| | **BYRAM, MS 39272** |
| Telephone/Fax | Telephone/Fax **601-353-5000** |
| | Facismile No. **601-372-7140** |
| | E-mail Address **LWILKINSON@BONDNBOTES.COM** |

DATE: **JANUARY 22, 2015**    DEBTOR'S SIGNATURE    /S/ ANTHONY ALTON WHIGHAM

ATTORNEY'S SIGNATURE    /S/ EDWIN WOODS JR.